IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA M. COOPER, )  )  Plaintiff, )  )  v. )  )  MICHAEL J. ASTRUE, )  Commissioner of Social Security, )  )  Defendant. ) | CIVIL ACTION NO. 2:07cv710-CSC |

**ORDER**

On August 8, 2007, the court entered a scheduling order in this case requiring the parties to file briefs specifically setting forth the issues for the court's consideration in this case. The plaintiff was specifically directed to "state in a ***concise, specific manner*** each issue which the plaintiff presents to the court for resolution." (Doc. No. 3, p.2, ¶ 4) (emphasis in original.) The plaintiff was warned that "[i]ssues not presented in the Statement of the Issues will not be considered" and she was specifically warned that "general statements of issues such as "the ALJ's decision is not supported by substantial evidence" will not be considered by the court." (*Id.*)

On February 13, 2008, the plaintiff filed a brief in which the issues are not listed separately. The plaintiff merely lists the general issue that "the Commissioner's decision should be reversed, because the ALJ's RFC finding lacks the support of substantial evidence. (Doc. No. 11, p. 13) The plaintiff's brief completely ignores the directives of this court regarding specifically setting forth the **issues in a concise, specific manner** in a Statement

of Issues.

Accordingly, upon consideration of the plaintiff's brief, it is

ORDERED as follows:

1. That on or before June 12, 2008, the plaintiff shall file a brief in accordance with the court's previous order including a section titled "Statement of the Issues." In this section *in numbered paragraphs*, the plaintiff shall state in a *concise, specific manner* each issue which the plaintiff presents to the court for resolution. The plaintiff is specifically warned that simply restating the issue in a general manner is insufficient to properly present his claims to the court for review and the court will not consider a general issue nor will it consider issues not presented in the Statement of the Issues.

2. That on or before July 7, 2008, the Commissioner shall file a reply brief that addresses with specificity each issue raised by the plaintiff in a manner consistent with the issues as raised in the numbered paragraphs contained in the plaintiff's Statement of Issues. The parties' briefs shall not exceed **a total of 15** pages, except as approved by the court upon motion. No extensions of time for filing briefs shall be allowed absent a showing of extraordinary cause.

3. That any claims or contentions by the plaintiff alleging deficiencies in the Commissioner's consideration of claims or alleging mistaken conclusions of fact or law and contentions or arguments by the Commissioner supporting the ALJ's conclusions of fact or law **must include a specific reference, by page number, to the portion of the record** which (1) recites the ALJ's consideration or conclusion and (2) which supports the party's claims, contentions or arguments.

      4.      That issues not in accordance with this order WILL NOT be considered by the Court.

      5.      Counsel for the parties are specifically ADVISED that any issues presented in briefs filed in the future not in accordance with the orders of this court will not be considered by the Court.

      6.      Absent extraordinary circumstances, no extensions of the deadlines contained herein will be granted.

Done this 28th day of May, 2008.

                                              /s/Charles S. Coody  
                                              CHARLES S. COODY  
                                              UNITED STATES MAGISTRATE JUDGE