IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA M. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv710-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and this case REMANDED to the Commissioner for further proceedings consistent with the memorandum opinion.

Done this 16th day of July, 2008.


      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE